UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TRAVON DESHAUN-RODERICK MANSKER,     **<u>INDICTMENT</u>**

    Defendant.
_____/

The Grand Jury charges:

## **<u>COUNT 1</u>**
(Possession with Intent to Distribute Methamphetamine (Mixture))

On or about April 27, 2023, in Calhoun County, in the Southern Division of the Western District of Michigan, the defendant,

TRAVON DESHAUN-RODERICK MANSKER,

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)

# COUNT 2
(Possession of a Machinegun)

On or about April 27, 2023, in Calhoun County, in the Southern Division of the Western District of Michigan, the defendant,

TRAVON DESHAUN-RODERICK MANSKER,

knowingly possessed a loaded Glock Model 22 .40 caliber pistol, with a conversion device installed, knowing it was designed to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

18 U.S.C. § 922(o)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 921(a)(24)
26 U.S.C. § 5845(b)

## COUNT 3
(Felon in Possession of Firearms)

On or about April 27, 2023, in Calhoun County, in the Southern Division of the Western District of Michigan, the defendant,

TRAVON DESHAUN-RODERICK MANSKER,

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed one or more of the following firearms which were in and affecting commerce:

(i) a loaded Glock Model 22 .40 caliber pistol,

(ii) a loaded Glock 17 9 mm pistol,

(iii) a loaded Glock 43 9 mm pistol,

(iv) a loaded Romarm model MiniDraco pistol,

(v) a Ruger model AR-556 rifle,

(vi) a Windham Weaponry model WW15 rifle,

(vii) an American Tactical model Omni Hybrid rifle,

(viii) a Savage Arms model MSR-15 rifle, and

(ix) a Palmetto State Armory model PA-15 rifle.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 921(a)

# FORFEITURE ALLEGATION
(Possession of a Machinegun)

The allegations contained in Count 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(o) set forth in Count 2 of this Indictment, respectively, defendant,

TRAVON DESHAUN-RODERICK MANSKER,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including, but not limited to, a loaded Glock Model 22 .40 caliber pistol and the associated ammunition.

18 U.S.C. § 924(d)(1)  
28 U.S.C. § 2461(c)  
18 U.S.C. § 922(o)

# FORFEITURE ALLEGATION
(Felon in Possession of Firearms)

The allegations contained in Count 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1), set forth in Count 3 of this Indictment, respectively, defendant,

TRAVON DESHAUN-RODERICK MANSKER,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including, but not limited to, i) a loaded Glock Model 22 .40 caliber pistol, (ii) a loaded Glock 17 9 mm pistol, (iii) a loaded Glock 43 9 mm pistol, (iv) a loaded Romarm model MiniDraco pistol, (v) a Ruger model AR-556 rifle, (vi) a Windham Weaponry model WW15 rifle, (vii) an American Tactical model Omni Hybrid rifle, (viii) a Savage Arms model MSR-15 rifle, and (ix) a Palmetto State Armory model PA-15 rifle and the associated ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
VITO S. SOLITRO
Assistant United States Attorney