UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                               No. 1:23-cr-00065

v.

                               Hon. Janet T. Neff
TRAVON DESHAUN-RODERICK      United States District Judge
MANSKER,

      Defendant.               SUPERSEDING
                               INDICTMENT
                               **PENALTY SHEET**
_____/

Count 1 - Possession with Intent to Distribute Methamphetamine (Mixture) – 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)

**Maximum penalty:**  Not less than 10 years imprisonment and up to life and a maximum fine of $10,000,000.   [21 U.S.C. § 841(b)(1)(A)]

**Supervised Release:**  Not less than 5 years and not more than life. [21 U.S.C. § 841(b)(1)(A)]

**Special Assessment**:   $100 [18 U.S.C. § 3013(a)(2)(A)]

Count 2 – Possession of Machineguns – 18 U.S.C. § 922(o)

**Maximum penalty:** Not more than 10 years imprisonment and a maximum fine of $250,000 [18 U.S.C. §§ 924(a)(2), 3571]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**FORFEITURE**

Count 3 – Felon in Possession of Firearms – 18 U.S.C. § 922(g)(1)

**Maximum penalty**: Not more than 15 years imprisonment and a maximum fine of $250,000 [18 U.S.C. § 924(a)(8)]

**Supervised Release**: Not more than 3 years [18 U.S.C. § 3583]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**FORFEITURE**

Date:   August 8, 2023                    /s/ Vito S. Solitro
                                          Assistant United States Attorney

Submitted in accordance with Admin Order 17-MS-046